1   ROBERT JON HENDRICKS (SBN 179751)
    *rhendricks@morganlewis.com*
2   JASON M. STEELE (SBN 223189)
    *jsteele@morganlewis.com*
3   MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
4   Twenty-Second Floor
    Los Angeles, CA  90071-3132
5   Tel:   213.612.2500
    Fax:   213.612.2501
6
    Attorneys for Defendant STARWOOD
7   HOTELS & RESORTS WORLDWIDE, INC.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  | ERIC J. LINDSEY dba E-JAYS | Case No. 02-3822 GAF (FMOx) |
12  | PANACHE IMAGES, | |
    | | Hon. Gary A. Feess |
13  | Plaintiff, | |
    | | **STARWOOD'S OBJECTION TO** |
14  | | **PLAINTIFF'S UNILATERAL** |
    | vs. | **REPORT RE DISPUTED JURY** |
15  | | **INSTRUCTIONS** |
16  | SLT LOS ANGELES, LLC, et al., | Pretrial Conf.:   February 4, 2008 |
    | | Time:   3:30 p.m. |
17  | Defendants. | Courtroom:   740 |
18  | | Action Filed:   May 10, 2002 |
    | | Trial Date:   February 19, 2008 |
19

20

21

22

23

24

25

26

27

28

Defendant Starwood Hotels & Resorts Worldwide, Inc. ("Starwood") hereby objects to Plaintiff Eric J. Lindsey's unilateral Report of Disputed Jury Instructions, filed on January 29, 2008 (docket no. 97). The Court's standing order expressly requires the parties to file a *joint* submission of disputed instructions. Starwood did not sign or approve Plaintiff's Report, and that submission was therefore improper.

Unfortunately, Plaintiff's counsel has played fast and loose with virtually all of the pretrial requirements. On January 22, 2008 – when both joint submissions re jury instructions were due to be filed per this Court's orders – Starwood submitted its complete portion of the joint report. All that remaining for Plaintiff's counsel at that point was the ministerial act of copying Starwood's portion into a joint report and filing it with the Court. Plaintiff's counsel did not file the report on January 22, when it was due. Instead, over the next several days, after the deadline had passed, Plaintiff's counsel made substantial revisions to Plaintiff's portion of the report and demanded that Starwood respond to those revisions. Specifically, she modified many of her objections to Starwood's instructions (in some cases rendering Starwood's reply – which had already been submitted to her – completely meaningless), and even added new instructions.

Starwood's counsel objected to that approach, explaining that the joint report was ready, and should have been filed, on January 22, and that it was absurd to insist that Starwood meet and confer regarding instructions each time Plaintiff's counsel wanted to add to the report. Even so, Starwood's counsel added that he would continue to attempt to submit a joint report, and asked only that Plaintiff's counsel indicate which portions of the revised report she had modified since January 22, so that Starwood's counsel would not have to review the more than 100-page report again. Plaintiff's counsel did not respond to that request. She simply filed the report herself, which Starwood's counsel had not approved.

In light of this course of events, Starwood has no choice but to object to Plaintiff's unilateral report. Starwood would request that the Court direct Plaintiff

1   either to: (1) submit the report with the parties' submissions as they existed on

2   January 22, 2008, when the report was due; or (2) respond to Starwood's request

3   that she identify which portions of the revised report changed since that date.  In the

4   alternative, Starwood would be happy to submit its own report, but given the

5   Court's requirement that all jury instructions be submitted jointly, it will not do so

6   without a request from the Court.

7

8   Dated:  February 1, 2008                    MORGAN, LEWIS & BOCKIUS LLP

9

10                                         By:_____/ s /_____

11                                              Robert Jon Hendricks
                                             Attorneys for Defendant
12                                           Starwood Hotels & Resorts
                                             Worldwide, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28