LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-3822 GAF (FMOx) | Date | September 27, 2013 |
|---|---|---|---|
| Title | Eric J Lindsey v. SLT Los Angeles LLC, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

## ORDER RE: JOINT EXHIBIT LIST

The parties in this case have, once again, demonstrated that they cannot complete the simplest task that requires even a very modest level of cooperation. They were asked to do nothing more than prepare one exhibit list from which the Court and parties could work at trial. Somehow, they seem to believe that giving a document an identification number and including it on a list has some meaning beyond providing a means for identifying the items that might be offered in evidence at trial and might be admitted if the judge deems it appropriate. Putting the exhibits in a joint list simply allows for streamlined case organization. Having missed that point, the parties have provided the Court with competing submissions, none of which correspond to the set of exhibits that has already been supplied to the Court.

In the course of the Court's review of the parties most recent submissions, some issues have come to the Court's attention, however, and the Court hereby notifies the parties of the following:

1. The Court will not – repeat not – permit the presentation of damages evidence in Phase One of this trial. Because the Court has already made itself clear on this issue, and now reiterates its position, violation of this order will result in the imposition of sanctions. No further warning will be given.

2. Plaintiff indicates that it "reserve[s] the right to introduce demonstrative evidence of the Panache modeling product." Such evidence may have some

Case 2:02-cv-03822-GAF-FMO   Document 298   Filed 09/27/13   Page 2 of 2   Page ID #:3119

**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-3822 GAF (FMOx) | Date | September 27, 2013 |
|----------|------------------------|------|---------------------|
| Title | Eric J Lindsey v. SLT Los Angeles LLC, et al | | |

relevance to damages, but not to liability.  It will not be permitted in Phase One of the trial.  If the jury finds liability on any of the claims, the Court will address the question of admissibility at that time.

3.  The parties are to appear in court on Monday, September 30, 2013, at 3:30 p.m. at which time the Court expects to receive: (a) a joint exhibit list; (b) exhibit binders (no larger than 3-inch); (c) an identification of objections.  The Court will conduct a hearing on those objections at that time.  The Court will stay in session as late as necessary to resolve any disputes that the partes have not resolved by the time of the hearing.

**IT IS SO ORDERED.**

CV-90 (06/04)                    **CIVIL MINUTES - GENERAL**                    Page 2 of 2