LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-3822 GAF (FMOx) | Date | September 27, 2013 |
|---|---|---|---|
| Title | Eric J Lindsey v. SLT Los Angeles LLC, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

## ORDER RE: DRAFT VERDICT FORM

     Attached is a copy of a draft verdict form to be used in trial of this lawsuit. The parties should review this document and the draft jury instruction previously provided and be prepared to discuss them at the hearing now set for Monday, September 30, 2013, at 3:30 p.m.

     **IT IS SO ORDERED.**

Attachment

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-JAY'S PANACHE IMAGES, et al.<br><br>      Plaintiff,<br><br>  v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.<br><br>      Defendants. | Case No. CV 02-3822- GAF<br><br>**DRAFT SPECIAL VERDICT** |

WE, THE JURY, in the above-entitled action now reach a unanimous verdict on the following questions submitted to us:

**BREACH OF CONTRACT**

1. Did PANACHE prove by a preponderance of the evidence that it entered into a contract with STARWOOD?

   YES ___   NO ___

   IF YOU ANSWERED YES, GO TO QUESTION NO. 2. IF YOU ANSWERED NO, SIGN AND DATE THE VERDICT FORM AND NOTIFY THE COURT.

2. Did PANACHE prove by a preponderance of the evidence that it performed all, or substantially all, of the significant things that the contract required it to do?

YES ___     NO ___

IF YOU ANSWERED YES, GO TO QUESTION NO. 3. IF YOU ANSWERED NO, SIGN AND DATE THE VERDICT FORM AND NOTIFY THE COURT.

3. Did PANACHE prove by a preponderance of the evidence that all conditions required by the contract for Starwood's performance had occurred?

YES ___     NO ___

IF YOU ANSWERED YES, GO TO QUESTION NO. 4. IF YOU ANSWERED NO, SIGN AND DATE THE VERDICT FORM AND NOTIFY THE COURT.

4. Did PANACHE proved by a preponderance of the evidence that STARWOOD breached its contract with PANACHE by failing to do something that the contract required it to do?

YES ___     NO ___

IF YOU ANSWERED YES, GO TO QUESTION NO. 5. IF YOU ANSWERED NO, SIGN AND DATE THE VERDICT FORM AND NOTIFY THE COURT.

**SECTION 1981 VIOLATION**

5. Did PANACHE prove by a preponderance of the evidence that STARWOOD'S failure to perform its obligations under the contract was motivated by racial animus, that is, that STARWOOD intentionally and purposefully discriminated against PANACHE because of the race of its partners?

YES ___     NO ___

1 GO TO QUESTION NO. 6.

**UNRUH ACT VIOLATION**

6. Did PANACHE prove by a preponderance of the evidence that STARWOOD's breach of contract denied PANACHE the full and equal accommodations, advantages, facilities, privileges or services in a business establishment?

YES ___    NO ___

IF YOU ANSWERED YES, GO TO QUESTION NO. 7.  IF YOU ANSWERED NO, SIGN AND DATE THE FORM AND NOTIFY THE COURT.

7. Did PANACHE prove by a preponderance of the evidence that the race of PANACHE'S partners was a motivating factor for this denial?

YES ___    NO ___

IF YOU ANSWERED YES, GO TO QUESTION NO. 8.  IF YOU ANSWERED NO, SIGN AND DATE THE FORM AND NOTIFY THE COURT.

8. Did STARWOOD prove by a preponderance of the evidence that the denial was not arbitrary, that is, that the actions taken were reasonably related to a valid business objective?

YES ___    NO ___

SIGN AND DATE THE FORM AND NOTIFY THE COURT.

DATED:

_____
FOREPERSON