LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-3822 GAF (FMOx) | Date | September 30, 2013 |
|---|---|---|---|
| Title | Eric J Lindsey v. SLT Los Angeles LLC, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        (In Chambers)

## ORDER CLARIFYING PRE-TRIAL CONFERENCE ORDER

The Court noted over the weekend that its pre-trial conference order contains an unintended ambiguity.  The Court set time limits of 9 hours of witness examination for each side but without providing an allocation of those hours between the phases of the trial.  *Accordingly, the parties are advised that the Court is allotting 6 hours each for witness examination during the liability phase, and three hours each for the damages phase.*

   **IT IS SO ORDERED.**