JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-JAY'S PANACHE IMAGES, et al. <br><br> Plaintiff, <br><br> v. <br><br> STARWOOD HOTELS & RESORTS WORLDWIDE, INC. <br><br> Defendants. | Case No. CV 02-3822- GAF (FMOx) <br><br> **JUDGMENT** |

    The case having been tried to a jury on the claims of E-JAY'S PANACHE IMAGES ("PANACHE"), a partnership, against STARWOOD HOTELS & RESORTS WORLDWIDE, INC., ("STARWOOD") and special verdicts having been rendered on the liability and damages phases of the trial, copies of which are attached hereto and incorporated herein, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

    1. Judgment in favor of STARWOOD and against PANACHE on PANACHE'S claim for relief under 42 U.S.C. § 1981;

1

2. Judgment in favor of STARWOOD and against PANACHE on PANACHE'S claim for relief under the California Unruh Act, California Civil Code § 51;

3. Judgment in favor of PANACHE and against STARWOOD on PANACHE'S claim for breach of contract.

4. Damages are awarded to PANACHE in the sum of $65,070.70 on the claim of breach of contract.

5. PANACHE is further awarded costs of suit incurred herein in an amount to be determined.

DATED: October 25, 2013

_____

**JS-6**    United States District Judge

2