NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC J. LINDSEY *et al*., dba E-JAYS PANACHE IMAGES,

              Plaintiffs,

      vs.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC. *et al*.,

              Defendants.

Case No. 02-3822 GAF (FMOx)

Hon. Gary A. Feess

**REVISED JUDGMENT**

Following a jury trial on the bifurcated issues of liability and damages, judgment was entered on October 28, 2013 as follows [Dkt. No. 329]:

1.     Judgment in favor of Defendant STARWOOD HOTELS & RESORTS WORLDWIDE, INC. ("Starwood") and against Plaintiffs ERIC J. LINDSEY, JOYCE FERGUSON, CHARMAINE HIRUKO, JERRYLYNN P. JOHNSON, LUANNA LAWRENCE, MARTITIA MCNEEL, BEVERLY NELSON, RUBY ROBERSON, CAROLYN WILLIAMS *dba* E-JAYS PANACHE IMAGES ("Panache") on Panache's claim for relief under 42 U.S.C. § 1981;

2.     Judgment in favor of Starwood and against Panache on Panache's claim for relief under the California Unruh Act, California Civil Code § 51;

3.     Judgment in favor of Panache and against Starwood on Panache's claim for breach of contract;

4.     Damages are awarded to Panache in the sum of $65,070.70 on the claim of breach of contract; and

5.     Panache is further awarded costs of suit incurred herein in an amount to be determined.

Thereafter, the parties filed the following post-trial motions:

1.     Panache's Rule 59 Motion for Prejudgment Interest [Dkt. No. 333];

2.     Starwood's Rule 50(b) Renewed Motion for Judgment as a Matter of Law [Dkt. No. 337];

3.     Starwood's Rule 59 Motion to Amend or Alter Judgment, or for New Trial [Dkt. No. 338]; and

4.     Panache's Rule 59 Motion for New Trial [Dkt. No. 339].

On March 4, 2014, the above-captioned Court ruled as follows on the parties' post-trial motions [Dkt. No. 348]:

1

1.   Starwood's Rule 50(b) Renewed Motion for Judgment as a Matter of Law [Dkt. No. 337] on Panache's breach of contract claim with respect to the out-of-pocket damage award was DENIED;

2.   Starwood's Rule 50(b) Renewed Motion for Judgment as a Matter of Law [Dkt. No. 337] on Panache's breach of contract claim with respect to the award of lost profits and loss of business goodwill was GRANTED;

3.   Starwood's Rule 59 Motion for New Trial [Dkt. No. 338] was DENIED; and

4.   Panache's Rule 59 Motion for New Trial [Dkt. No. 339] was DENIED.

On March 20, 2014, the above-captioned Court DENIED Panache's Rule 59 Motion for Prejudgment Interest [Dkt. No. 349].

Pursuant to the Court's Orders on the parties' post-trial motions [Dkt. Nos. 348, 349], and superseding the prior judgment [Dkt. No. 329], it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.   Judgment in favor of Starwood and against Panache on Panache's claim for relief under 42 U.S.C. § 1981;

2.   Judgment in favor of Starwood and against Panache on Panache's claim for relief under the California Unruh Act, California Civil Code § 51;

3.   Judgment in favor of Panache and against Starwood on Panache's claim for breach of contract;

4.   Damages are awarded to Panache in the sum of $21,070.70 on the claim of breach of contract for out-of-pocket costs;

5.   No damages are awarded to Panache on the claim of breach of contract for lost profits or loss of business goodwill; and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.    No prejudgment interest is awarded to Panache on out-of-pocket costs or costs of suit.

7.    Plaintiff is awarded costs of suit.

**IT IS SO ORDERED.**

DATED: March 31, 2014

_____
Hon. Gary A. Feess
United States District Judge

3